**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01526-REB-KMT

DAMON O. BARRY,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## MINUTE ORDER[1]

The defendant's **Motion To Dismiss or For Summary Judgment** [#13] filed August 23, 2010, is **DENIED** as moot. The plaintiff filed **Amended Complaint and Jury Demand** [#36] after the motion [#13] was filed, and the defendant has filed a second motion to dismiss or for summary judgment, addressing the operative complaint [#36].

Dated: February 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.