# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  10-cv-01526-REB-KMT

DAMON O. BARRY,

    Plaintiff,

v.

BANK OF AMERICA, N.A., and
AURORA LOAN SERVICES, LLC,

    Defendants.

## ORDER GRANTING MOTION AMEND TRIAL PREPARATION
## CONFERENCE ORDER AND TO CONTINUE TRIAL

**Blackburn, J.**

This matter is before me on defendant **Aurora Loan Services LLC's Unopposed Motion to Amend Scheduling Order and Trial Preparation Conference Order Pursuant to Fed. R. Civ. P. 16(b)** [#65][1] filed April 29, 2011.  The motion is unopposed and is granted.

The **Scheduling Order** [#21] and **Trial Preparation Conference Order** [#23] were entered in this case on September 23, 2010.  Currently, the Trial Preparation Conference is set for September 16, 2011, and trial is set to begin on October 3, 2011. Defendant Aurora Loan Services, LLC, was served with a summons and complaint in this case on February 25, 2011.  This service occurred after the plaintiff filed an amended complaint in which Aurora Loan Services was named as a defendant in this

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

case.  In its motion, Aurora Loan Services indicates that it will not have adequate time to conduct discovery, file pre-trial motions, and prepare for trial given the schedule currently in place in this case.

The United States Court of Appeals for the Tenth Circuit has outlined four primary factors that should be considered to determine if a continuance is necessary. **See, e.g., Morrison Knudsen Corp. v. Fireman's Fund Ins. Co.**, 175 F.3d 1221, 1230 (10th Cir. 1999) (citing **U.S. v. West**, 828 F.2d 1468, 1469 (10th Cir. 1987) (listing factors)).  The key relevant factors are:

> (1) the diligence of the party requesting the continuance; (2) the likelihood that the continuance, if granted, would accomplish the purpose underlying the party's expressed need for the continuance; (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance; [and] (4) the need asserted for the continuance and the harm that [movant] might suffer as result of the district court's denial of the continuance.

**United States v. Rivera**, 900 F.2d 1462, 1475 (10th Cir. 1990) (quoting **United States v. West**, 828 F.2d 1468, 1470 (10th Cir. 1987)).  The present motion is unopposed and each of the four relevant factors weighs in favor of continuance.  Magistrate Judge Tafoya has entered an order [#67] granting Aurora Loan Services' motion to the extent it seeks amendment of the deadlines established in the Scheduling Order [#21].

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant **Aurora Loan Services LLC's Unopposed Motion to Amend Scheduling Order and Trial Preparation Conference Order Pursuant to Fed. R. Civ. P. 16(b)** [#65] filed April 29, 2011, is **GRANTED**;

2. That the **Trial Preparation Conference Order** [#23] filed September 23, 2010, is **AMENDED** as stated in this order;

3. That all motions raising issues under Fed.R.Evid. 702 as codified and

construed **SHALL BE FILED** by August 1, 2011, and marshaled subsequently as prescribed by D.C.COLO.LCivR 7.1C.;

    4.  That the Trial Preparation Conference currently set for September 16, 2011, at 3:30 p.m. is **VACATED** and continued pending further order of court;

    5.  That the trial currently set for October 3, 2011, at 8:30 a.m. is **VACATED** and continued pending further order of court;

    6.  That counsel are instructed to contact the court's administrative assistant, **Susan Schmitz, at (303) 335-2350** on **May 9, 2011, at 9:30 a.m.**, to reschedule the Trial Preparation Conference and trial; and

    7.  That otherwise, the **Trial Preparation Conference Order** [#23] filed September 23, 2010, **SHALL REMAIN** in full force and effect.

    Dated May 3, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge