**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-01526-REB-KMT          FTR - Courtroom C-201

**Date:** August 3, 2011                          Deputy Clerk, Nick Richards


DAMON O. BARRY,                                  John G. Nelson

          Plaintiff,

v.

BANK OF AMERICA, N.A., and                       Eric Raymond Coakley
AURORA LOAN SERVICES, LLC,                       Kevin R. Dehring

          Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTION HEARING**
**Court in session: 10:51 a.m.**
Court calls case.  Appearances of counsel.  Present with Mr. Nelson is plaintiff, Mr.
Damon O. Barry.

Motion Hearing is called regarding Defendant's Motion to Compel Discovery Responses
and 26(A)(1) Documents Pursuant to Fed.R.Civ.P. 37 [Doc. No. 78, filed June 21, 2011]
and Defendant's Motion for Discovery Sanctions Pursuant to Fed.R.Civ.P. 41, 37(D)(ii)
and D.C.Colo.LCivR 30.3 [Doc. No. 81, filed June 30, 2011].

It is **ORDERED**:     Defendant's Motion to Compel Discovery Responses [78] is
                      **GRANTED** for reasons stated on the record. Defendant's Motion
                      for Discovery Sanctions [81] is **GRANTED** to the extent the court
                      grants and awards sanctions in the form of attorney fees and costs
                      due to plaintiff's failure to obey an order to provide or permit
                      discovery pursuant to Fed.R.Civ.P. 37(b)(2)(A).

It is **ORDERED**:     Defense counsel shall submit a cost statement detailing their
                      attorney fees and costs for filing the two motions on or before
                      August 17, 2011.  Plaintiff may reply as to the reasonableness of
                      the fees on or before August 26, 2011.

The Court has reviewed the criteria under *Ehrenhaus v. Reynolds, 965 F.2d 916 (10th*

*Cir. 1992)* to determine if extraordinary sanctions should be considered.  Pursuant to *Ehrenhaus*, the Court shall issue a recommendation to the District Court to dismiss this matter with prejudice for failure to prosecute, failure to abide by court orders, and an appearance of the case being brought for improper purposes.


**Court in Recess: 11:26 a.m.**
Hearing concluded.
Total In-Court Time    00:35

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.