**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01526-REB-KMT

DAMON O. BARRY,

    Plaintiff,

v.

BANK OF AMERICA, N.A., and
AURORA LOAN SERVICES, LLC,

    Defendants.

## ORDER DISMISSING COUNTERCLAIMS WITHOUT PREJUDICE

**Blackburn, J.**

    The matter is before me on the **Defendant Bank of America, N.A.'s Motion To Dismiss Counterclaims Without Prejudice** [#103][1] filed October 5, 2011. After reviewing the motion and the file, I conclude that the motion should be granted, that the counterclaims of the defendant, Bank of America, N.A., against the plaintiff should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendant Bank of America, N.A.'s Motion To Dismiss Counterclaims Without Prejudice** [#103] filed October 5, 2011, is **GRANTED**;

    2. That the counterclaims of the defendant, Bank of America, N.A., against the plaintiff, Damon O. Barry, are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

     3.  That the Trial Preparation Conference set for Friday, November 4, 2011, and the jury trial set to commence November 28, 2011, are **VACATED**.

     Dated November 1, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2